TOM FORD v. STATE.

No. A-1079. Opinion Filed June 15, 1912.

Appeal from Carter County Court;

M. F. Winfrey, Judge.

Tom Ford was convicted of violating the prohibitory law, and appeals. Affirmed.

Sigler & Howard, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Tom Ford, was convicted in the county court of Carter county at the January, 1911, term, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of ninety days. We have carefully examined the record, and find no error sufficient to justify a reversal. The judgment of the trial court is therefore affirmed.